**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **LAUREN B. PEEPLES,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-31-SDJ-KPJ |
| **KILOLO KIJAKAZI,** | § § | |
| *Acting Commissioner of Social Security*, | § § | |
| **Defendant.** | | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 21, 2022, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that Plaintiff Lauren B. Peeples' ("Plaintiff") Petition for Award of Attorney Fees under the Equal Access to Justice Act ("EAJA") (the "Motion") (Dkt. #22) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Motion (Dkt. #22) is **GRANTED**.

**IT IS ORDERED** that Plaintiff is awarded attorney fees under the EAJA in the amount of **$3,793.73**. This award shall be made payable to Plaintiff and sent to Plaintiff's counsel. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**So ORDERED and SIGNED this 20th day of May, 2022.**

                                                  SEAN D. JORDAN  
                                                  UNITED STATES DISTRICT JUDGE